◈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

SILVIO ORTEGA-HERRERA

**EXHIBIT AND WITNESS LIST**

Case Number: 05-M-0426-RBC

| PRESIDING JUDGE<br>ROBERT B. COLLINGS | PLAINTIFF'S ATTORNEY<br>W. CONNOLLY | DEFENDANT'S ATTORNEY<br>EDWARD RYAN |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 3.18.05 | X | X | RESIDENT ALIEN CARD Hector Lopez |
| 2 |  | 3.18.05 | X | X | RESIDENT ALIEN CARD Francisco Jimenez |
| 3 |  | 3.18.05 | X | X | COLOMBIA ID |
| 4 |  | 3.18.05 | X | X | Agent John Coleman Affidavit |
|  |  |  |  |  |  |
|  |  |  |  |  | Witness One for Gov't: Agent John H. Coleman. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages