AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Silvio Ortega-Herrera

10 Soden Street, Cambridge, MA

**WARRANT FOR ARREST**

CASE NUMBER: 2005-M-0426-RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Silvio Ortega-Herrera
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
illegal reentry of a deported alien

in violation of
Title  8  United States Code, Section(s)  1326 (a) and (b)

Robert B. Collings
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

MAR 1 4 2005 at 12.57 pm
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | WARRANT EXECUTED BY ARREST AND FIRST ARRAIGNMENT OF THE DEFENDANT ON | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                                                 WEIGHT:

SEX:                                                                    RACE:

HAIR:                                                                   EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: